# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Billy Rogers,

     Plaintiff,

          v.                              Case No.   1:14cv213

Officer Shostak, *et al.*,                       Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 28, 2014 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 19) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 19) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's claims against defendants McGlothen, Welch, Crutchfield, and Croft are **dismissed** consistent with the recommendation by the Magistrate Judge.

     **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                   Michael R. Barrett
                                   United States District Judge