# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Billy Rogers,

    Plaintiff,

        v.                      Case No. 1:14cv213

Officer Shostak, *et al.*,          Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 30, 2015 (Doc. 69).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 69) of the Magistrate Judge is hereby **ADOPTED.** Defendant's Motion for Summary Judgment (Doc. 58) is **GRANTED**.

Pursuant to 28 U.S.C. § 1915(a)(3), any request for certificate of appealability or request to appeal *in forma pauperis* would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                             *s/Michael R. Barrett*
                                             Michael R. Barrett
                                             United States District Judge